DILWORTH PAXSON LLP
Eric B. Meyer (No. EM9050)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
Tel: (215) 575-7000
Fax: (215) 575-7200

Attorney for Defendant
Sheet Metal Workers' National Pension Fund

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Newark Vicinage

| | |
|---|---|
| ANTHONY MAZZA AND MAZZA SHEET METAL COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHEET METAL WORKERS' NATIONAL PENSION FUND <br><br> Defendant. | Hon. Katharine S. Hayden <br><br> Civil Action No. 09-281 |

### ORDER

The Court of Appeals for the Third Circuit having adjudged and ordered that the judgment of this Court entered December 31, 2009, is reversed with Costs to be taxed in favor the Appellant Sheet Metal Workers' National Pension Fund, it is hereby:

ORDERED that Costs are hereby taxed against Plaintiffs Anthony Mazza and Mazza Sheet Metal Company, Inc. and in favor of the Defendant Sheet Metal Workers' National Pension Fund as follows:

```
Brief .............................................. $97.39
Appendix ........................................ 78.09
Reply Brief .................................... 91.05
Docketing & Filing Fees ............... 450.00

Total ............................................. $716.53
```

_____
Katharine S. Hayden
United States District Judge

Dated: January 19, 2011